JS-6

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
  Social Security Administration
  Office of the General Counsel
  Office of Program Litigation, Division 7
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (510) 970-4830
     Facsimile: (415) 744-0134
     E-mail: marla.letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| DIANA YSLAS, | ) CASE 8:24-CV-01342-SP |
| Plaintiff, | ) |
| | ) JUDGMENT OF REMAND |
| v. | ) |
| MARTIN O'MALLEY, | ) |
|   Commissioner of Social Security, | ) |
| Defendant. | ) |

[PROPOSED] JUDGMENT                                                             CASE NO. 8:24-CV-01342-SP

1
2       Pursuant to the Order for Voluntary Remand to the Agency Pursuant to Sentence Four of 42 U.S.C. Section 405(g), IT IS ORDERED AND ADJUDGED that this case is reversed and remanded to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g).
3
4
5
6
7   Dated: October 29, 2024
8                                    HONORABLE SHERI PYM
                                     UNITED STATES MAGISTRATE JUDGE